AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

for the

Eastern District of Texas

**JUL 09 2025**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  1:18cr**DEPUTY** |
| Ezequiel Zuniga | ) | **BY** |
| | ) | |
| | ) | **2:39 pm Jun 10, 2025** |
| | ) | *RECEIVED* |
| *Defendant* | | *EASTERN DISTRICT OF TEXAS* |

### ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   EZEQUIEL ZUNIGA                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment       ❏ Superseding Indictment       ❏ Information       ❏ Superseding Information       ❏ Complaint
❏ Probation Violation Petition       ☑ Supervised Release Violation Petition       ❏ Violation Notice       ❏ Order of the Court

This offense is briefly described as follows:

Date:        06/10/2025                                      *David A. O'Toole*
                                                              *Issuing officer's signature*

City and state:      Beaumont, TX                      David A. O'Toole, Clerk of Court
                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   6-10-25   , and the person was arrested on *(date)*   7-3-25  <br> at *(city and state)*   Beaumont, TX   . |
| Date:   7-9-25                                     *Arresting officer's signature* <br><br> Thomas Jenkins / DUSM <br> *Printed name and title* |